JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

AZIN SHARIF and
HOSSEIN MIRZADEH,

        Petitioners,

      v.

MARCO ANTONIO RUBIO in his official capacity as U.S. Secretary of State; JERI BARNETT, Chief, U.S. Embassy Yerevan; KRISTI LYNN ARNOLD NOEM, U.S. Secretary of Homeland Security; ANGELICA ALFONSO-ROYALS in her official capacity as Acting Director, USCIS; KRISTINA A. KVIEN, U.S. Ambassador to Armenia; PAMELA JO BONDI, Attorney General of the United States; and BILAL A. ESSAYLI, Acting U.S. Attorney Central District of California,

        Respondents.

Case No. 8:25-cv-02199-JWH-DFM

**JUDGMENT**

Pursuant to the Order to Show Cause [ECF No. 19] entered on or about January 12, 2026, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure in view of Petitioners' failure to respond,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.

2. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated:  February 3, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-